UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 11-1402 DSF (PJWx) | Date | October 5, 2011 |
|---|---|---|---|
| Title | Ken Toh et al v. City of Alhambra et al | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| R. Neal for Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   (In Chambers) Order Setting Order to Show Cause Hearing

The Court has received the Notice of Settlement. An Order to Show Cause re Dismissal is set for November 7, 2011 at 11:00 a.m. If the dismissal is filed by that date, no appearance is necessary. If the dismissal is not filed, but the parties are close to completion, they may stipulate to a continuance.

Initials of Deputy Clerk rgn for dp